# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 84 WAL 2022

       Respondent                  :

                                     :   Petition for Allowance of Appeal
                                     :   from the Order of the Superior Court

       v.                          :

                                     :

MICHAEL CHEATOM,                :

                                     :

       Petitioner                   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 30th day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.